CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 0 4 2007
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOHN WILSON,
    Petitioner,

Civil Action No. 7:07-cv-00162

FINAL ORDER

v.

UNITED STATES OF AMERICA,
    Respondent.

By: Hon. James C. Turk
Senior United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED

that petitioner's motion pursuant to Fed. R. Civ. Pro. 60(b), which the court construed and filed as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice as a successive § 2255 motion, and the case is hereby stricken from the active docket.

ENTER: This 4th day of April, 2007.

                                          Senior United States District Judge