CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 0 4 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOHN WILSON,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

Civil Action No. 7:07-cv-00162

FINAL ORDER

By: Hon. James C. Turk
Senior United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED

that petitioner's motion pursuant to Fed. R. Civ. Pro. 60(b), which the court construed and filed as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice as a successive § 2255 motion, and the case is hereby stricken from the active docket.

ENTER: This 4th day of April, 2007.

/s/ James C. Turk
Senior United States District Judge